___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-09166-FWS | Date: November 13, 2025 |
| Title: In Re Alpha Beta Gamma Trust | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Appellants: | Attorneys Present for Appellee: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER [9]**

On November 3, 2025, the court issued a minute order which ordered Appellant Scott Rosenstiel and Appellant Kenneth Adler (together, "Appellants") "to show cause in writing, on or before November 5, 2025, why this appeal should not be dismissed for lack of prosecution." (Dkt. 9 at 1.) The court also stated that failure of Appellants "to make an adequate and/or timely response to this Order will result in the dismissal of the appeal." (*Id.*) Appellants failed to respond to the court's Order over a week after the deadline to show cause. (*See generally* Dkt.) Accordingly, the court **ORDERS** that this appeal is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the court's Order. The court **ORDERS** all proceedings in the case **VACATED** and **TAKEN OFF CALENDAR**.